**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1235

ASHLEY CASANOVA,

Plaintiff - Appellant,

v.

PRESIDENT JOE BIDEN; FEDERAL GOVERNMENT; NORTH CAROLINA; UNION COUNTY, NC; MONROE, NC; MARION HOLLOWAY, Monroe, NC Mayor; ROY COOPER, Governer, NC; PFIZER CORPORATION, and Affiliates; KELLY SERVICES, INCORPORATED, Temporary Agency; GRAIL, and Affiliates; ACTALENT TEMPORARY AGENCY, and Affiliates; TYSONS FOOD; PILGRIM CHICKEN COMPANY; MARATHON STAFFING TEMPORARY AGENCY, and Affiliates; MR. GRAHAM, Captain D's and Affiliates; GLENMARK PHARMACEUTICALS, LTD., and Affiliates; WENDY'S COMPANY, and Affiliates; WALMART, and Affiliates; PLANET FITNESS, and Affiliates; GENERAL MOTORS, and Affiliates; UNION COUNTY POLICE FORCE; BEST WESTERN, and Affiliates; QUALITY INN, and Affiliates; ABILITY TO RUN FOR MAYOR IN MONROE, NC FOR YEAR OF 2023; LOWES WAREHOUSE, and Affiliates; DOLLAR CONE ICE CREAM SHOP; UNION COUNTY BOARD OF ELECTIONS; BEST COMPANY, INCORPORATED; BERRY GLOBAL; DOLLAR TREE; STATE FARM INSURANCE COMPANY; NATIONAL GENERAL INSURANCE; UNITED STATES POSTAL SERVICE, Monroe, NC Main Office; TURNING POINT, NC,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:23-cv-00392-MOC-SCR)

Submitted:  July 30, 2024                                    Decided:  August 1, 2024

2

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ashley Casanova, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashley Casanova seeks to appeal the district court's order dismissing her complaint as frivolous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on December 6, 2023, and the appeal period expired on February 5, 2024. Casanova filed the notice of appeal on March 19, 2024. Because Casanova failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*